AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Krause, Cheryl A. | United States Court of Appeals for the Third Circuit | 5/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Court of Appeals Judge - Active Status | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 1/01/2018 <br> **to** <br> 12/31/2018 |

**7. Chambers or Office Address**

United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | University of Pennsylvania Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/31/2012 | Dechert LLP Partnership Agreement - Final distribution of 2014 Dechert LLP income made in 2015; withheld capital continued to be disbursed in part in 2018 |
| 2. | 01/2018 | University of Pennsylvania Law School - for teaching in 2018 |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2018 | University of Pennsylvania Law School - stipend for teaching in 2018 | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-employed consultant - GMECI LLC (a/k/a Spotlight Labs as of June 2017) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Yale Law School | 2/27/2018-2/28/2018 | New Haven, CT | Yale Supreme Court Clinic lecture | Transportation, meals, hotel |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| | |
|---|---|
| **Name of Person Reporting** | **Date of Report** |
| **Krause, Cheryl A.** | 5/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo (assumed from Bank of America in refinancing) | Mortgage on Rental Property #1, Philadelphia, PA (Part VII, line 4) | M |
| 2. | Ditech | Mortgage on Rental Property #2, Absecon, NJ (Part VII, line 5) | M |
| 3. | Wells Fargo | Mortgage on Rental Property #3, Ventnor City, NJ (Part VII, line 6) | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Krause, Cheryl A.** | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. USAA Accounts | A | Interest | N | T | | | | | |
| 2. Wells Fargo Money Market Accounts | A | Interest | M | T | | | | | |
| 3. Dechert LLP Salary Savings Plan (Russell 2035 Target Date Fund) | A | Int./Div. | M | T | | | | | |
| 4. Rental Property #1, Philadelphia PA (2002, $85,000) | A | Rent | L | R | | | | | |
| 5. Rental Property #2, Absecon, NJ (2003, $184,500) | D | Rent | M | R | | | | | |
| 6. Rental Property #3, Ventor, NJ (2007, $240,000) | D | Rent | M | R | | | | | |
| 7. Bank of America Account | | None | M | T | | | | | |
| 8. Fidelity Government Money Market Fund | A | Dividend | M | T | | | | | |
| 9. Russell 2035 Target Date Fund (f/k/a Russell Global Balance Fund) | | None | N | T | | | | | |
| 10. AMARIN CORP | | None | | | Sold | 09/24/18 | K | E | |
| 11. APACHE | A | Dividend | | | Sold<br>(part) | 09/14/18 | J | A | |
| 12. | | | | | Sold<br>(part) | 09/14/18 | K | A | |
| 13. | | | | | Sold | 10/01/18 | K | C | |
| 14. APPLE INC | B | Dividend | L | T | Sold<br>(part) | 11/07/18 | K | E | |
| 15. APPLIED MATERIALS | A | Dividend | L | T | Buy | 09/14/18 | J | | |
| 16. ARENA PHARMACEUTICALS | | None | L | T | Buy | 09/25/18 | K | | |
| 17. | | | | | Buy<br>(add'l) | 10/09/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Krause, Cheryl A.** | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | Buy<br>(add'l) | 10/23/18 | J | | |
| 19. | | | | | | Buy<br>(add'l) | 10/26/18 | J | | |
| 20. | BANCO SANTANDER | A | Dividend | J | T | Buy<br>(add'l) | 11/15/18 | J | | |
| 21. | BAUSCH HEALTH (f/k/a VALEANT PHARMA, see Line 117) | | None | L | T | Buy<br>(add'l) | 12/28/18 | J | | |
| 22. | | | | | | Sold<br>(part) | 09/05/18 | J | A | |
| 23. | ENBRIDGE INC | A | Dividend | K | T | Buy | 10/26/18 | K | | |
| 24. | | | | | | Buy<br>(add'l) | 11/16/18 | K | | |
| 25. | FIDELITY INVESTMENT MMKT INSTL (f/k/a/ FIDELITY INVT MMKT) | A | Dividend | | | Buy<br>(add'l) | 01/02/18 | J | | |
| 26. | | | | | | Buy<br>(add'l) | 02/01/18 | J | | |
| 27. | | | | | | Buy<br>(add'l) | 03/01/18 | J | | |
| 28. | | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 29. | | | | | | Buy<br>(add'l) | 05/01/18 | J | | |
| 30. | | | | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 31. | | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 32. | | | | | | Buy<br>(add'l) | 08/01/18 | J | | |
| 33. | | | | | | Buy<br>(add'l) | 09/04/18 | J | | |
| 34. | | | | | | Buy<br>(add'l) | 10/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 11/01/18 | J | | |
| 36. | | | | | Sold<br>(part) | 10/15/18 | J | A | |
| 37. | | | | | Sold | 11/16/18 | J | A | |
| 38. FIDELITY INVESTMENTS MMKT PREMIUM (f/k/a FIDELITY MMKT PREMIUM) | A | Dividend | | | Buy<br>(add'l) | 01/02/18 | J | | |
| 39. | | | | | Buy<br>(add'l) | 02/01/18 | J | | |
| 40. | | | | | Buy<br>(add'l) | 03/01/18 | J | | |
| 41. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 42. | | | | | Sold | 04/06/18 | K | A | |
| 43. FIREEYE INC | | None | L | T | Sold<br>(part) | 03/16/18 | J | A | |
| 44. | | | | | Sold<br>(part) | 11/05/18 | J | A | |
| 45. FIRST EAGLE GLOBAL A (f/k/a First Eagle Sogen GLBL) | A | Dividend | K | T | Buy<br>(add'l) | 03/16/18 | J | | |
| 46. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 47. FITBIT INC | | None | L | T | Buy<br>(add'l) | 09/04/18 | J | | |
| 48. | | | | | Buy<br>(add'l) | 09/05/18 | J | | |
| 49. | | | | | Buy<br>(add'l) | 10/15/18 | J | | |
| 50. | | | | | Buy<br>(add'l) | 11/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 52. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 53.   GENERAL MILLS | B | Dividend | K | T | | | | | |
| 54.   GLAXOSMITHKLINE | B | Dividend | K | T | | | | | |
| 55.   GNC HOLDINGS | | None | J | T | | | | | |
| 56.   GSE SYSTEMS | | None | | | Sold | 10/26/18 | J | B | |
| 57.   HUNTSMAN CORP | A | Dividend | K | T | Buy | 10/26/18 | K | | |
| 58. | | | | | Buy (add'l) | 10/26/18 | K | | |
| 59.   IMMUNOMEDICS INC | | None | K | T | Buy | 09/21/18 | J | | |
| 60. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 61. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 62. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 63.   ISHARES EMRG MKT ETF | A | Dividend | K | T | Buy | 12/17/18 | K | | |
| 64.   ISHARES S&P 400 - IJJ | A | Dividend | | | Buy | 04/06/18 | K | | |
| 65. | | | | | Sold | 11/07/18 | K | A | |
| 66.   ISHARES S&P 400 - IJK | A | Dividend | | | Buy | 04/06/18 | K | | |
| 67. | | | | | Sold | 11/07/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Krause, Cheryl A.** | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. INVESCO QQQ ETF | A | Dividend | L | T | Buy | 12/12/18 | L | | |
| 69. IVA WORLDWIDE CL I | A | Dividend | | | Sold<br>(part) | 04/30/18 | K | B | |
| 70. | | | | | Sold<br>(part) | 05/16/18 | K | B | |
| 71. | | | | | Sold<br>(part) | 12/18/18 | J | A | |
| 72. | | | | | Sold | 12/28/18 | K | A | |
| 73. KKR & CO. | A | Dividend | | | Sold<br>(part) | 09/13/18 | K | D | |
| 74. | A | Distribution | | | Sold | 09/19/18 | K | D | |
| 75. MODSYS INT'L | | None | | | Sold | 08/22/18 | K | A | |
| 76. NEWELL BRANDS | | None | | | Buy | 10/09/18 | J | | |
| 77. | | | | | Buy<br>(add'l) | 11/01/18 | J | | |
| 78. | | | | | Sold<br>(part) | 11/15/18 | J | C | |
| 79. | | | | | Sold | 11/26/18 | J | C | |
| 80. NJ BETTER EDL FRANKLIN<br>TEMPLETON | | None | K | T | | | | | |
| 81. PACER TRENDPILOT US ETF | | None | | | Buy | 04/10/18 | K | | |
| 82. | | | | | Sold | 11/07/18 | K | A | |
| 83. PUTNAM DIV INCOME CL-Y | A | Dividend | | | Buy | 01/17/18 | J | | |
| 84. | | | | | Buy<br>(add'l) | 02/14/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. | | | | | Buy<br>(add'l) | 03/15/18 | J | | |
| 86. | | | | | Buy<br>(add'l) | 04/17/18 | J | | |
| 87. | | | | | Buy<br>(add'l) | 05/16/18 | J | | |
| 88. | | | | | Buy<br>(add'l) | 06/15/18 | J | | |
| 89. | | | | | Buy<br>(add'l) | 07/17/18 | J | | |
| 90. | | | | | Buy<br>(add'l) | 08/15/18 | J | | |
| 91. | | | | | Buy<br>(add'l) | 09/17/18 | J | | |
| 92. | | | | | Buy<br>(add'l) | 10/17/18 | J | | |
| 93. | | | | | Buy<br>(add'l) | 11/15/18 | J | | |
| 94. | | | | | Sold<br>(part) | 11/01/18 | J | A | |
| 95. | | | | | Sold | 11/16/18 | J | A | |
| 96. QUALCOMM | A | Dividend | | | Buy | 04/27/18 | K | | |
| 97. | | | | | Buy<br>(add'l) | 04/30/18 | K | | |
| 98. | | | | | Sold<br>(part) | 08/22/18 | K | D | |
| 99. | | | | | Sold | 08/22/18 | K | D | |
| 100. RAYONIER ADV MATRL | B | Dividend | K | T | Buy | 10/15/18 | J | | |
| 101. | | | | | Sold<br>(part) | 04/30/18 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. | | | | | Sold<br>(part) | 11/16/18 | J | A | |
| 103. RETRACTABLE TECH | | None | J | T | | | | | |
| 104. SYNERGY PHARMA | | None | | | Sold | 12/12/18 | J | A | |
| 105. TEVA PHARMACEUTICALS | | None | | | Sold<br>(part) | 04/24/18 | J | A | |
| 106. | | | | | Sold<br>(part) | 09/04/18 | J | A | |
| 107. | | | | | Sold | 09/25/18 | K | A | |
| 108. T-MOBILE | | None | | | Buy | 04/30/18 | K | | |
| 109. | | | | | Buy<br>(add'l) | 04/30/18 | K | | |
| 110. | | | | | Sold<br>(part) | 09/19/18 | K | C | |
| 111. | | | | | Sold | 09/21/18 | K | C | |
| 112. TSAKOS ENERGY | A | Dividend | J | T | Sold<br>(part) | 12/18/18 | J | A | |
| 113. US STEEL | | None | L | T | Buy | 11/16/18 | J | | |
| 114. | | | | | Buy<br>(add'l) | 11/27/18 | K | | |
| 115. | | | | | Buy<br>(add'l) | 11/27/18 | J | | |
| 116. | | | | | Buy<br>(add'l) | 11/27/18 | J | | |
| 117. VALEANT PHARMA | | None | | | Merged<br>(with line 21) | 07/16/18 | L | | |
| 118. VANGUARD SM CAP GROWTH | A | Dividend | | | Buy | 04/06/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Krause, Cheryl A.** | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold | 11/07/18 | K | B | |
| 120. VANGUARD SM CAP VALUE | A | Dividend | | | Buy | 04/06/18 | K | | |
| 121. | | | | | Sold | 11/07/18 | K | A | |
| 122. WISDOMTREE EMG MRKT ETF | A | Dividend | J | T | Buy | 11/29/18 | J | | |
| 123. Cross Road Systems, Inc. | | None | J | T | | | | | |
| 124. inc Networks LLC | | None | K | W | | | | | |
| 125. MIT 4G LLC | | None | K | W | | | | | |
| 126. Airspace Systems, Inc. a/k/a Defense Labs, Inc. | | None | L | W | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part IV, Line 1, Wells Fargo took over the mortgage from Bank of America in February 2018 in connection with a refinancing.

In Part VII, Line 4, the reduction relative to 2017 reflects that the rental property was being renovated during this reporting cycle.

In Part VII, Line 8, the Fidelity account was opened in December 2018 with funds transferred from the Bank of America account (Line 7).

In Part VII, Lines 21 and 117, Valeant Pharma changed names to Bausch Health in July 2018.

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl A. Krause**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544